IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY GREER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D21-2694
LT Case No. 2019-103126-CFDL

_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Andrea Flynn Mogensen, of Law Office
of Andrea Flynn Mogensen, P.A.,
Sarasota, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.